Chief Judge Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | MAGISTRATE'S DOCKET NO. |
| Plaintiff, ) | CASE NO. CR06-191RSL |
| v. ) | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| CHRISTOPHER RYAN ACOBA, ) | |
| Defendant. ) | |

Based on the Government's Motion, it is hereby ORDERED that the criminal complaint in the captioned case is dismissed without prejudice.

DATED this 2nd day of June, 2006.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge

Presented by:

s/ William H. Redkey, Jr.
WILLIAM H. REDKEY, JR.
Assistant United States Attorney
WA Bar #7734
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
Telephone: (206) 553-1206
Fax: (206) 553-0755
E-mail: William.Redkey@usdoj.gov

ORDER TO DISMISS COMPLAINT
ACOBA/CR06-191RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970