CHIEF JUDGE LASNIK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. CR06-0191-RSL |
| Plaintiff, | ) |
| v. | ) ORDER CONTINUING<br>) TRIAL DATE AND PRETRIAL MOTIONS<br>) CUTOFF DATE |
| CHRISTOPHER ACOBA, and<br>MARISSA GOODMAN, | ) |
| Defendants. | ) |

## **ORDER**

The Court having considered the defendants' Unopposed Motion to Continue Trial Date and Pretrial Motions' Deadline, hereby finds:

A continuance is necessary for effective trial preparation, taking into account the exercise of due diligence. See Title 18, United States Code, Section 3161(h)(8)(B)(iv).  Both defendants have filed speedy trial waivers through September 26, 2006.

The ends of justice served by continuing the trial date to September 12, 2006 outweigh the best interests of the public and the defendants in a speedy trial. See Title 18, United States Code, Section 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed

is extended to August 11, 2006 and the trial date is extended from August 14, 2006 to September 12, 2006.

IT IS FURTHER ORDERED THAT the time period between August 14, 2006 and September 12, 2006 is excludable time, pursuant to 18 U.S.C. § 3161(h)(8)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DONE this 25th day of July, 2006.

_____
Robert S. Lasnik
United States District Judge

Presented by:

Catherine Chaney, WSBA No. 21405
Attorney for Christopher Acoba

Robert Gombiner, WSBA No. 16059
Attorney for Marissa Goodman