# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER RYAN ACOBA, <br><br> Defendant. | NO. CR06-191-RSL <br><br> SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on July 6, 2011. The United States was represented by Assistant United States Attorney Michael Scoville, and the defendant by Catherine Chaney.

The defendant had been charged and convicted of Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). On or about June 8, 2011, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 41 months in custody, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, search/seizure, no firearms, RCC up to 120 days, no alcohol consumption, and no gang association.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated July 5, 2011, U.S. Probation Officer Matthew D. McDaniel asserted the following violation by defendant of the conditions of his supervised release:

1. Failing to satisfactorily participate in a residential reentry center for up to 120 days, in violation of a special condition of supervised release.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation number 1.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation number 1, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has not been set before the Honorable Robert S. Lasnik.

Pending a final determination by the Court, the defendant has been detained.

DATED this 6th day of July, 2011.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
AUSA: Michael Scoville
Defendant's attorney: Catherine Chaney
Probation officer: Matthew D. McDaniel

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2